UNITED STATES of America, Plaintiff–Appellee,

v.

Richard A. MURDOCH, Defendant–Appellant.

No. 11–11210
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 6, 2011.

H. Kyle Fletcher, Office of H. Kyle Fletcher, Oviedo, FL, for Defendant–Appellant.

Richard A. Murdoch, Pensacola, FL, pro se.

---

2. As provided in the Agreement, Colorado law governs its interpretation.

Before HULL, PRYOR and FAY, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, appointed counsel for Richard Murdoch in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Murdoch's convictions and sentences are **AFFIRMED.**